UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 17-CR-2541-GPC |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| KEITH JAN ORINGER, | ) ) | |
| Defendant. | ) ) ) | |

Upon Application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed in the interests of justice and without prejudice against Defendant KEITH JAN ORINGER.

IT IS FURTHER ORDERED that the bond previously posted by Defendant shall be exonerated, and that the future hearing date be vacated.

Dated: January 25, 2018

_____
Hon. Gonzalo P. Curiel
United States District Judge